UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN M. KENNEDY, | : | No. 3:16-cv-2010 (WWE) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC FANNING, Secretary of the Army, | : | |
|     Defendant. | : | February 21, 2017 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

    Please enter my appearance on behalf of the defendant the Eric Fanning, Secretary of the Army.  Dated at New Haven this 21st day of February, 2017.

                              DEIRDRE M. DALY,
                              UNITED STATES ATTORNEY

            By:    /S/ David C. Nelson
                   David C. Nelson (ct25640)
                   Assistant U.S. Attorney
                   157 Church Street, 24th Floor
                   New Haven, Connecticut 06510
                   Tel:   (203) 821-3700
                   Fax:   (203) 773-5373
                   Email: David.C.Nelson@usdoj.gov

## CERTIFICATION

    I hereby certify that on February 21, 2017, a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                              /S/ David C. Nelson
                              David C. Nelson (ct25640)
                              Assistant United States Attorney