# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

STEPHEN M. KENNEDY,

    Plaintiff,

  v.

ERIC FANNING, Secretary of the Army,

    Defendant.

Civil Action No.: 3:16-cv-02010 (WWE)

March 24, 2017

## PROOF OF SERVICE

  I, HELEN E. WHITE, hereby declare, in accordance with 28 U.S.C. § 1746, that I caused service of the Summons and Complaint in the above-referenced action to be made as follows:

  1. On December 23, 2016, I caused one copy of the Summons issued in this case, the Complaint, and the Electronic Filing Order to be sent by certified mail to Defendant Eric Fanning, Secretary of the Army, 101 Army Pentagon, Washington, DC 20310.

  2. On December 23, 2016, I caused four copies of the Summons issued in this case, the Complaint, and the Electronic Filing Order to be sent by certified mail to the United States Attorney's Office for the District of Connecticut at 157 Church Street, Floor 25, New Haven, CT 06510.

  3. On December 23, 2016, I caused one copy of the Summons issued in this case, the Complaint, and the Electronic Filing Order to be sent by certified mail to the Assistant Attorney General for Administration at the U.S. Department of Justice, 950 Pennsylvania Avenue Northwest, Washington, DC 20530.

  4. Besides mailing costs, no other fees were paid or incurred in conjunction with service in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: March 24, 2017

Helen E. White, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017, a copy of the foregoing Proof of Service was filed electronically. Counsel for the Defendant will therefore be notified via the electronic CM/ECF system.

/s/ Aaron Wenzloff
Aaron Wenzloff, ct28616
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Tel.: (203) 432-4800
Fax: (203) 432-1426
Aaron.Wenzloff@ylsclinics.org