**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEPHEN M. KENNEDY,<br>*Plaintiff*,<br><br>v.<br><br>ROBERT M. SPEER,[1] Acting Secretary of the Army,<br>*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:16-cv-2010 (WWE)<br><br><br><br><br><br><br>March 27, 2017 |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, VOLUNTARY REMAND THE PLAINTIFF'S COMPLAINT**

The Defendant, Robert M. Speer, hereby moves to dismiss the plaintiff's complaint. In the alternative, the Defendant also moves for a voluntary remand of this matter. In support of this motion, the Defendant attaches a memorandum of law.

[1] Robert M. Speer should be substituted as the named defendant pursuant to Federal Rule of Civil Procedure 25(d) as the acting successor to Eric K. Fanning, Secretary of the Army.

DEIRDRE M. DALY,
UNITED STATES ATTORNEY

By: /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Fax: (203) 773-5373
Email: David.C.Nelson@usdoj.gov

Of Counsel: /S/ Major Patrick McGrath
Maj. Patrick McGrath
Litigation Attorney
Military Personnel Law Branch
United States Army Legal Services Agency
Fort Belvoir, VA 22060

**CERTIFICATION**

I hereby certify that on March 27, 2017, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ David C. Nelson
David C. Nelson (ct25640)
Assistant United States Attorney