UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN M. KENNEDY and ALICIA, CARSON, on behalf of themselves and all similarly situated,         *Plaintiffs*, | : : : : : | No. 3:16-cv-02010 (WWE) |
| v. | : : | |
| MARK T. ESPER, in his official capacity as Acting Secretary of the Army         *Defendant*. | : : : | August 3, 2018 |

**DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE
TO DEFENDANT'S MOTION TO DISMISS**

The parties have provided this Court with two sets of briefs regarding the potential class action and two sets of briefs regarding the motion to dismiss. As such, the defendant will rely on the arguments set forth in his prior briefs and focus solely on the new issue raised in the plaintiffs' opposition to the defendant's most recent motion to dismiss.

In this case, the plaintiffs' requested relief asked the Court to "Direct, by issuance of injunction, that the discharge statuses of the Individual Plaintiffs be upgraded to Honorable and that the Army be prevented from recouping any part of Ms. Carson's enlistment bonus." Doc. 11, pg. 34.[1] The parties agree that, following remand, the individual plaintiffs received upgrades to "Honorable" discharges and that Carson was permitted to keep her enlistment bonus. *See, e.g.*, Doc. 53, pg. 8. The plaintiffs now argue that Kennedy's claim is not moot because the defendant's

---

[1] The page numbers cited herein refer to the CM/ECF numbers.

1

narrative reason for Kennedy's discharge is listed as "Misconduct (Minor Infractions)." Doc. 53, pg. 23.

At no point in either of the plaintiffs' complaints did they request that the Court change the discharge *reason*; instead, the plaintiffs only asked for a change in the discharge *status*. The plaintiffs were aware of the difference between the above concepts. Attached to the plaintiffs' amended complaint was Kennedy's ADRB's decision. *See* Doc. 11-2, pg. 2. On page 3 of that document, the following information is listed: "**Discharge Details** … **Reason/Authority/Codes/Characterization:** Misconduct (Serious Offense)/AR 635-200, Paragraph 14-12c/JKQ/RE-3/General, Under Honorable Conditions." (Emphasis in original). The discharge paperwork lists a reason; for Kennedy it originally read "Misconduct (Serious Offense)" and it now reads "Misconduct (Minor Infractions)." Thus, at the time the plaintiffs filed their second complaint, they were aware that the discharge paperwork lists more than simply the discharge characterization (or status, as the plaintiffs refer to it).

The plaintiffs have received the relief they requested vis-à-vis the individual plaintiffs. Kennedy's individual claim cannot be saved by an argument that he would now — after two complaints, one remand, and two rounds of briefing on both the class claims and the motion to dismiss — like a different form of relief. Kennedy's claim is moot.

For the reasons set forth in support of the defendant's motion to dismiss and his opposition to the plaintiffs' motion to certify the class, the defendant respectfully requests that the Court dismiss the plaintiffs' complaint and either deny the plaintiffs' motion for class certification as moot or deny it on the merits.

                    The Defendant,

        By:   /S/ David C. Nelson
              David C. Nelson (ct25640)
              Assistant U.S. Attorney
              157 Church Street, 24th Floor
              New Haven, Connecticut 06510
              Tel:   (203) 821-3700
              Email: David.C.Nelson@usdoj.gov

              Drew Carmichael
              Trial Attorney
              Federal Programs Branch, Civil Division
              U.S. Department of Justice
              20 Massachusetts Avenue, NW, Rm. 7218
              Washington, D.C. 20530
              Tel:   (202) 514-3346

Of Counsel:

Joseph G. Nosse
Major, Judge Advocate
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road, Room 3022
Fort Belvoir, Virginia  22060

## **CERTIFICATION**

     I hereby certify that on August 3, 2018, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            /S/ David C. Nelson
                                            David C. Nelson (ct25640)
                                            Assistant United States Attorney