AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Stephen M. Kennedy, et al.<br>*Plaintiff*<br>v.<br>Eric Fanning, et al.<br>*Defendant* | )<br>)<br>)  Case No.  3:16-cv-02010-WWE<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen M. Kennedy; Alicia J. Carson

Date: 08/06/2018

/s/ Susan J. Kohlmann
*Attorney's signature*

Susan J. Kohlmann
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 38th Floor
New York, NY 10022
*Address*

skohlmann@jenner.com
*E-mail address*

(212) 891-1690
*Telephone number*

(212) 891-1699
*FAX number*