UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN M. KENNEDY and ALICIA J. CARSON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK T. ESPER, Secretary of the Army,<br><br>*Defendant*. | No. 3:16-cv-2010-WWE<br><br><br><br>November 16, 2018 |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this notice to inform the Court of a recent decision in this District that addresses several issues raised in the motions pending here. In *Manker v. Spencer*, No. 3:18-cv-372 (CSH) (D. Conn. Nov. 15, 2018), ECF No. 33, Judge Haight granted class certification to a class of Navy and Marine Corps veterans who, like Plaintiffs, allege arbitrary discharge-upgrade denials in violation of the Administrative Procedure Act (APA) and the Fifth Amendment to the U.S. Constitution. The decision in *Manker v. Spencer* is attached as Exhibit A to this Notice.

Judge Haight's decision in *Manker* is relevant to whether the proposed *Kennedy* class satisfies the requirements of Fed. R. Civ. P. 23. *See Manker*, slip op. at 7–21. The proposed class of Army veterans here is defined nearly identically to the class of Navy and Marine Corps veterans certified in *Manker*. *Compare* Pl's Mem. in Supp. of Class Cert. at 13, ECF No. 51-1 (proposing the *Kennedy* class), *with Manker*, slip op. at 4–5, 21 (certifying the *Manker* class). Moreover, plaintiffs here bring substantially similar claims against the Army Secretary that the *Manker*

1

plaintiffs bring against the Navy Secretary—namely, that the relevant military review board routinely fails to apply the policy set forth in the Hagel Memo, "often without sufficient explanations to back up its decisions denying an upgrade," in violation of the APA and Fifth Amendment. *Manker*, slip op. at 3.

Because of the similarities between the cases, the court's class-certification decision in *Manker* provides additional authority in support of Plaintiffs on at least three of the issues pending here. *First*, Judge Haight rejected the Navy's argument that discharge-upgrade decisions are too "highly individualized" to support commonality under Rule 23(a)(2)—an issue squarely before the Court in *Kennedy*. *Compare Manker*, slip op. at 12–13, *with* Def.'s Mem. in Opp. to Class Cert. (Def.'s Mem.) at 19–22, ECF No. 52. In *Manker*, the court found that the challenge to system-wide "*procedures* and standards" and the Naval Discharge Review Board's "centralized decision-making process" supported a finding of commonality. *Manker*, slip op. at 12.[1] *Second*, Judge Haight found that Rule 23(b) was satisfied because the proposed injunction "would ensure that [plaintiffs'] applications are being reviewed under the standard that both Plaintiffs and Defendant say applies to the NDRB," even if it would not guarantee an upgrade to any individual member of the class. *Manker* slip op. at 20. *Third*, the court decided that it was appropriate to address class certification *before* certain merits-related standing and exhaustion issues. *See id.* at 5–7. Here, the Secretary has urged the denial of class certification largely on similar merits grounds, *see* Def.'s Mem. at 4–15, and Plaintiffs have argued that the Court should address the antecedent class-certification questions first. *See* Pl.'s Mem. in Opp. to Def's Mot. to Dismiss at 6–8, ECF No. 53.

*Manker v. Spencer* accordingly provides additional authority in support of Plaintiffs' Motion for Class Certification and Opposition to the Secretary's Motion to Dismiss.

---

[1] Judge Haight also noted the lower grant rate of the NDRB as compared to that of the Army, *Manker*, slip op. at 8, 13, but did not suggest that this was dispositive or an especially important factor in his analysis.

Dated: November 16, 2018
New Haven, Connecticut

Respectfully submitted,

By: /s/ Michael J. Wishnie

| | |
|---|---|
| Susan J. Kohlmann | Sam Davis, Law Student Intern[*] |
| Jeremy M. Creelan | Sam Frizell, Law Student Intern |
| Jacob L. Tracer | Jordan R. Goldberg, Law Student Intern |
| Jenner & Block LLP | Michael J. Wishnie, ct27221 |
| 919 Third Avenue | Renee Burbank[†] |
| New York, NY 10022-3908 | Veterans Legal Services Clinic |
| Tel: (212) 891-1678 | Jerome N. Frank Legal Services Organization |
| JCreelan@jenner.com | Yale Law School |
| | P.O. Box 209090 |
| | New Haven, CT 06520-9090 |
| | Tel: (203) 432-4800 |
| | michael.wishnie@ylsclinics.org |

---

[*] Motion for law-student appearance forthcoming.
[†] Application for admission in the District of Connecticut pending.