UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN M. KENNEDY and ALICIA CARSON, on behalf of themselves and all similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MARK T. ESPER, Secretary of the Army,<br><br>    *Defendant*. | No. 3:16-cv-02010 (WWE)<br><br><br><br>May 31, 2019 |

**NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

  The defendant hereby files the administrative record. The filing is divided into three parts: (1) the administrative record of Mr. Kennedy (to be filed separately under seal); (2) the administrative record of Ms. Carson (to be filed separately under seal); and (3) the supplemental materials as ordered by the Court in its April 5, 2019, ruling, *see* docket entry #80.

  Attached to the beginning of each volume is the certification of the record and the index. Volume three is attached to this notice. Volumes one and two will be filed under seal and will be partitioned because the size of the files exceeds CM/ECF upload rules.

                                                    The Defendant,

                              By:    /S/ David C. Nelson
                                      David C. Nelson (ct25640)
                                      Assistant U.S. Attorney
                                      157 Church Street, 24th Floor
                                      New Haven, Connecticut 06510
                                      Tel:   (203) 821-3700
                                      Email: David.C.Nelson@usdoj.gov

Of Counsel:

Joseph G. Nosse
Major, U.S. Army
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Rd., Room 3026
Fort Belvoir, Virginia 22060

## CERTIFICATION

I hereby certify that on May 31, 2019, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                           /S/ David C. Nelson
                                                                          David C. Nelson (ct25640)
                                                                          Assistant United States Attorney