## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN M. KENNEDY and ALICIA J. CARSON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK T. ESPER, Secretary of the Army,<br><br>*Defendant*. | No. 3:16-cv-2010-WWE<br><br><br>June 6, 2019 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiffs respectfully request leave for Law Student Intern ANDREW C. DEGUGLIELMO to appear in this matter on behalf of STEPHEN M. KENNEDY and ALICIA J. CARSON, under the supervision of MICHAEL J. WISHNIE and RENÉE A. BURBANK of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: June 6, 2019
New Haven, CT

                                      Respectfully Submitted,

                                      By: /s/ Michael J. Wishnie

                                      Michael J. Wishnie, ct27221
                                      Renée A. Burbank, ct30669
                                            *Supervising attorneys*
                                      Samuel J. Davis
                                      Andrew C. DeGuglielmo
                                      Samuel E. Frizell
                                      Jordan R. Goldberg
                                      Catherine E. McCarthy

*Law student interns*
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

## CERTIFICATION OF SERVICE

I hereby certify that on June 6, 2019, copies of the foregoing Motion for Leave for Law Student Intern to Appear and Attached Law Student Intern Appearances were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Michael Wishnie
Michael J. Wishnie, ct28616
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org