UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN M. KENNEDY and | : | |
| ALICIA J. CARSON, on behalf of | : | |
| themselves and all others similarly situated | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | No.  3:16cv2010 (WWE) |
| | : | |
| RYAN D. McCARTHY, Acting Secretary | : | |
| of the Army | : | |
|     Defendant. | : | October 7, 2019 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

    Please enter my appearance as co-counsel for the defendant Ryan D. McCarthy, Acting Secretary of the Army.

    Respectfully submitted,

    Defendant
    By His Attorneys

    John H. Durham
    United States Attorney

       /s/
    Michelle McConaghy, ct27157
    Assistant United States Attorney
    157 Church Street, 25th Floor
    New Haven, CT 06510
    Telephone:  203-821-3700
    Fax:  203-821-5373
    michelle.mcconaghy@usdoj.gov

## CERTIFICATION

I hereby certify that on October 7, 2019, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Michelle McConaghy, ct27157
Assistant United States Attorney