# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

January 29, 2020

The Honorable Robert M. Spector
United States Magistrate Judge
District of Connecticut
141 Church Street
New Haven, CT 06510

    Re:    *Kennedy v. McCarthy*, No. 3:16-cv-02010-CSH

Dear Judge Spector:

       Plaintiffs write with the consent of the Defendant to request that the Court modify its October 31, 2019 Order, *see* ECF No. 120, to permit Plaintiffs to serve their demand on Defendant on February 7, 2020 (instead of February 5), to allow Plaintiffs time to incorporate information from the Rule 30(b)(6) deposition of the Department of the Defense in *Manker v. Modly*, No. 3:18-cv-372 (CSH).

Respectfully,

/s/ Michael J. Wishnie

| | |
|---|---|
| Julia M. Coppelman, Law Student Intern | Susan J. Kohlmann, *pro hac vice* |
| Andrew C. DeGuglielmo, Law Student Intern | Jeremy M. Creelan, *pro hac vice* |
| Mae Espinosa, Law Student Intern* | William S.C. Goldstein, *pro hac vice* |
| Samuel E. Frizell, Law Student Intern | Jacob L. Tracer, *pro hac vice* |
| Deepankar Gagneja, Law Student Intern* | Ravi Ramanathan, *pro hac vice* |
| Renée A. Burbank, Supervising Attorney, ct30669 | Jenner & Block LLP |
| Michael J. Wishnie, Supervising Attorney, ct27221 | 919 Third Avenue |
| Veterans Legal Services Clinic | New York, NY 10022-3908 |
| Jerome N. Frank Legal Services Org. | Tel: (212) 891-1678 |
| Yale Law School | SKohlmann@jenner.com |
| P.O. Box 209090 | |
| New Haven, CT 06520-9090 | |
| Tel: (203) 432-4800 | |
| michael.wishnie@ylsclinics.org | |

---

* Motion for law student appearance forthcoming.

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • TELEPHONE 203 432-4800 • FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511