Civil- (Dec-2008)

HONORABLE: Charles S. Haight, Jr.

DEPUTY CLERK Julia Reis / Donna Barry    RPTR/ECRO/TAPE Falzarano/KirstenTelhiar

TOTAL TIME: 0    hours 46    minutes

DATE: 3/24/2021    START TIME: 10:02 am    END TIME: 10:48 pm

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:16-cv-02010-CSH

Stephen M. Kennedy

vs

Eric Fanning

Michael Wishnie

Plaintiff's Counsel

Natalie Elicker

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing    (Fairness)    [ ] Show Cause Hearing

[ ] Evidentiary Hearing    [ ] Judgment Debtor Exam

[ ] Miscellaneous Hearing

[✓].....#218  Motion for Final Settlement Approval Order _____   [ ] granted [ ] denied [✓] advisement

[ ] .....# ___ Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] .....# ___ Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] .....# ___ Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] .....# ___ Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] .....# ___ Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] .....# ___ Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] ..... Oral Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] ..... Oral Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] ..... Oral Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] .... Oral Motion _____   [ ] granted [ ] denied [ ] advisement

[ ] ..... [ ] Briefs(s) due _____   [ ] Proposed Findings due_____   Response due_____

[ ] ............ _____   [ ] filed [ ] docketed

[ ] ............ _____   [ ] filed [ ] docketed

[ ] ............ _____   [ ] filed [ ] docketed

[ ] ............ _____   [ ] filed [ ] docketed

[ ] ............ _____   [ ] filed [ ] docketed

[ ] ............ _____   [ ] filed [ ] docketed

[ ] ............ _____ Hearing continued until _____ at _____

Notes: Written opinion to follow.